RECEIVED
MAR 28 2023
U.S. District Court
Middle District of TN

Civil Action No.

Cedric Greene
Vs.
Frontier Airlines, Inc.

UNITED STATES DISTRICT COURT- MIDDLE DISTRICT OF TENNESSEE
719 Church Street
Nashville, Tennessee 37203

03-23 0278

## CIVIL COMPLAINT FOR NEGLECT AND NEGLIGENCE

Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972- 9966
Email: cedricgreene33@yahoo.com

1

## INTRODUCTION

A case of this nature is generally prosecuted at the state level in Tennessee. Greene's status as an out of state resident wouldn't qualify him to proceed without a payment of fees.

In terms of jurisdiction, Frontier Airlines is based in Colorado, but Greene has restrictions against him in that state at the Federal and State judicial levels.

On October 21, 2022, the Tenth Circuit issued a response letter notifying him that he could not communicate or call their Court, and also indicated that their restrictions were not going to be altered for him.

At the state in past years, Greene substantiated his claims against *Frontier Airlines,* but it was improperly introduced to their venue as small claims. It should have been presented as a money demands.

When he tried to appeal the small claims dismissal with prejudice ruling in 2018, he wasn't permitted. How can he overturn a dismissal with prejudice improper ruling if he isn't permitted?

That was his argument to the Colorado Court of Appeals in case 2019 CA811. Greene's final efforts with the Colorado State and Federal system came about on October 27, 2022.

He was essentially responding to the Tenth Circuit's no contact letter. As previously expressed, it's restrictions against him at the state and federal levels.

The restrictions at both levels makes it virtually impossible to pursue the case in that state. That's probably why it shouldn't be any jurisdictional concerns in Tennessee's Federal system.

# STATEMENT OF *"PROPOSED"* CIVIL COMPLAINT

Mr. Greene arrived to Santa Ana Airport on February 9, 2017, and upon his arrival from Nashville, Tennessee, the luggage of Greene didn't arrive with him in the baggage area. Denver, Colorado was Greene's last destination before arriving to Santa Ana, California.

Frontier's Denver location claimed that Greene's baggage never arrived to their location in which had everyone under the impression that the baggage was lost or stolen in Nashville, Tennessee.

Greene spent the night at John Wayne Airport in search for some information concerning the whereabouts of the baggage, and it was indicated that the baggage may have left on Frontier's flight to San Diego, California.

That information turned out to be very untrue. On February 10, 2017, it was reported that the baggage of Greene turned out to be in the city that he left, in which was Nashville, Tennessee.

In past proceedings in Colorado, Greene originally filed the case as small claims in Denver County.

He learned during that time that the matter wasn't properly presented for small claims in Denver County, but the Judge still rendered a decision to hear the small claims case rather than dismissal without prejudice to re-filing in Denver District.

Greene made efforts to appeal to their District Court, but a number of obstacles were thrown in his direction that didn't make it possible.

Rather than continue to encounter repeated obstacles that was blocking his appeal path, Greene made the choice to re-file the case in Denver District himself.

Denver District found that the matter couldn't be resubmitted because of the Small Claims dismissal with prejudice ruling. That's not the fault of Cedric Greene. *He could not appeal the small claims ruling because they would not permit him.*

In Colorado's Federal level, restrictions also declined the case. The Tenth Circuit affirmed the District of Colorado's restrictions, and placed restrictions against Greene themselves.

That's why Greene was given no other option but to transfer the case to Tennessee himself on unrestricted free agent terms.

---

## RELIEF

---

In his prayer for relief, Greene's first request is to ask that his pro se case be accepted by the Tennessee federal system. If the case is accepted, he will demand a civil judgment in the amount of <u>$10, 000.00.</u>

Dated: March 21, 2023　　　　　　　　　　Signature: _Cedric Greene Jr._

