AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee ▾

MAR 28 ~~~

U.S. District Court
Middle District of TN

| | |
|---|---|
| Cedric Greene | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) |
| Frontier Airlines, Inc. | ) |
| *Defendant/Respondent* | ) |

Civil Action No.  **03 - 23   0278**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Cedric Greene Jr.*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date:  03/21/2023

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ | $ 0.00 | $ |
| Self-employment | $ 0.00 | $ | $ 0.00 | $ |
| Income from real property *(such as rental income)* | $ 0.00 | $ | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ | $ 0.00 | $ |
| Gifts | $ 0.00 | $ | $ 0.00 | $ |
| Alimony | $ 0.00 | $ | $ 0.00 | $ |
| Child support | $ 0.00 | $ | $ 0.00 | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ | $ 0.00 | $ |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ | $ 0.00 | $ |
| Unemployment payments | $ 0.00 | $ | $ 0.00 | $ |
| Public-assistance *(such as welfare)* | $ 221.00 | $ | $ 221.00 | $ |
| Other *(specify)*: | $ 281.00 | $ | $ 281.00 | $ |
| **Total monthly income:** | $ 502.00 | $ 0.00 | $ 502.00 | $ 0.00 |

2.  List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |

3.  List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4.  How much cash do you and your spouse have? $ _____

    Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $                   0.00 |
| Other real estate *(Value)* | $                   0.00 |
| Motor vehicle #1 *(Value)* | $                   0.00 |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Motor vehicle #2 *(Value)* | $                   0.00 |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Valerie Stephen | Common- Law | 65 |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.  Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included? ☐ Yes ☑ No<br>    Is property insurance included? ☐ Yes ☑ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $              50.00 | $ |
| Home maintenance *(repairs and upkeep)* | $               0.00 | $ |
| Food | $              80.00 | $ |
| Clothing | $              35.00 | $ |
| Laundry and dry-cleaning | $               0.00 | $ |
| Medical and dental expenses | $               0.00 | $ |
| Transportation *(not including motor vehicle payments)* | $              12.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $              40.00 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $               0.00 | $ |
|     Life: | $               0.00 | $ |
|     Health: | $               0.00 | $ |
|     Motor vehicle: | $               0.00 | $ |
|     Other: | $               0.00 | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $               0.00 | $ |
|     Credit card *(name):* | $               0.00 | $ |
|     Department store *(name):* | $               0.00 | $ |
|     Other: | $               0.00 | $ |
| Alimony, maintenance, and support paid to others | $               0.00 | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ 217.00 | $ 0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

      ❏ Yes    ☑ No     If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ❏ Yes  ☑ No

      If yes, how much?   $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    In Greene's reqeust to waive the fees, we wish to notify the Court that Greene's funds are limited because he obtains County assistance. This would generally be a state court matter but because Greene isn't a resident of Tennessee, he would not qualify for a wiaver of the fees. Greene did prove his case against Frontier Airlines in past years in Colorado, but state wide restrictions and due process violations prevented him from obtaining a Judgment. We therefore, ask for a waiver of the fees, and ask that the case be accepted.

12. Identify the city and state of your legal residence.

    Los Angeles, California

    Your daytime phone number:     (323) 972-9966

    Your age:  __47__  Your years of schooling:  __12__