(1.) Lead Case No. 3-23-cv- 00198

(2.) No. 3- 23-cv- 00167 (3.) No. 3- 23-cv- 00182 (4.) No. 3- 23- cv- 00183 (5.) No. 3- 23- cv- 00278

UNITED STATES DISTRICT COURT- MIDDLE DISTRICT OF TENNESSEE
719 Church Street
Nashville, Tennessee 37203

CEDRIC GREENE,

Plaintiff.

PLAINITFF'S MOTION FOR CHANGE OF VENUE; DECLARATION IN SUPORT
OF
MOTION

Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972- 9966
Email: Cedricgreene33@yahoo.com

1

TO THE CHIEF JUDGE OF THE MIDDLE DISTRICT OF TENNESSEE AND CLERK OF COURT:

Greene is an out of state resident that presented the above actions in this District from a State that is across the Country from Tennessee.

Under 28 U.S. Code Section 1404(a), the self- represented litigant respectfully ask the Chief Judge and the clerk of this Court to work with him concerning a change of venue of each and every case listed in this pleading.

The change of venue motion of Mr. Greene is accompanied by a declaration in support of the motion, presented under *Federal Rules of Civil Procedure 56(4)*.

## DECLARATION OF GREENE IN SUPPORT OF HIS CHANGE OF VENUE MOTION TO THE CLERK OF THE COURT AND CHIEF JUDGE

The lead case is listed as number one. Greene has filed five civil actions in the Tennessee Federal system because the State Court of Davidson County doesn't permit out of state residents to initiate matters unless fees are paid.

Greene didn't have the necessary funds to cover the cost to initiate pro se litigations in the State Court of Davidson County, Tennessee.

Therefore, he went the Federal route in efforts to obtain assistance in resolving the lead case and other matters brought to the Federal system. *The lead case is a matter that has traveled.*

It's unchallenged that his matters doesn't have a Tennessee connection, but he is a litigant that has been "black- listed" in the judicial system where he is located.

That system also "black- listed" him in other jurisdictions in the United States that had the desire to work with the self- represented litigant on respectful and cordial terms.

2

If he had a clear path to justice as a pro se litigant, it's possible that matters would come to resolution rather than something else.

In January 2023 on the other hand, Greene was finally able to work something out with that judicial system that allowed him to an *unrestricted free agent* in pro se litigations.

The California system essentially told Greene in its orders to try his luck elsewhere rather than going about change of venue matters in the proper fashion that it's done.

In professional sports, League Commissioners has it under Collective Bargaining Agreements (CBA) where teams can sign players to a contract, and subsequently trade them to another team.

A sign and trade guarantees that the player will get his exact earnings with the team that they are trading them to. That's what Greene is seeking to do with his cases that he has filed in the Tennessee Federal system.

Greene is a pro se litigant that is no stranger to disrespect as a self- represented litigant. The system in the State where he is located had "black- listed" him in their system.

In Colorado's system, he was "restricted" at the State and Federal levels. He was also *"restricted"* in the Tenth Circuit. The Tenth Circuit then sent him a letter telling him to place a halt at contacting the Court. What does this have to do with Tennessee's system?

As previously explained, the State Court system in Tennessee doesn't permit residents outside of Tennessee to pursue civil litigations under the pro se status without the necessary fees. The procedures are different in Federal Courts.

Greene's fee applications were approved, but the District Court's Clerical Staff has showed Greene in the presence of his family of their desires for him to *"transition out of the Tennessee Federal system as a self- represented litigant."*

3

That's unfortunate for Greene and his family because they were doing their best to support his efforts to not only resolve the lead case, *they were trying to assist him with other case related matters.*

On the other hand, the disrespect has reached a point to where the Court has no other option but to invoke the code that permits cases to be transferred from one jurisdiction to the other.

Greene has bad customer service on a number of occasions from the District Court's Clerk's Office in which indicates that they wish for him "to "<u>get the hell out of Tennessee's Federal system immediately!</u>"

We wish to accommodate the District Court's Clerk's Office and its staff. We also wish to accommodate Tennessee's United States Marshals.

If Greene was to be disruptive towards Tennessee's clerical staff and case administrators, it's assumed that they would have him as the subject of a possible investigation. That's not the case here.

He's an out of state resident that Tennessee's system doesn't have the desire for him to litigate within its system.

It's no other option available but to ask for assistance from the District Court's Chief Judge to transfer the matters out forthwith.

If the Court is against change of venue order, it should be something in the response order that will give Greene the permission to relocate the cases himself without any legal consequences in the accepting venue.

That only means that it would take the "cold" lead case longer to be resolved. That's why it's difficult for Cedric Greene to accomplish success in the judicial system.

It's always some obstacle that interrupts his path. In Tennessee it was fees at the state level. The Federal level was inadequate and poor customer service from District Court staff.

4

They wish for Cedric Greene to be out the Tennessee system in an immediate fashion, and we will fully grant them their wish. We also will work with the District Court's Chief Judge on their behalf.

For all of the above reasons, we ask that all listed cases be gathered and forwarded to the District Court's Chief Judge. *Once the Chief Judge obtains every case, we as a family will assist the Chief Judge in the transition process.*

It's no further reason for the District Court staff to display unprofessional demeanor towards Greene in the presence of his family, *because they are going to assist in the process of transitioning the matters out to an accepting venue.*

It's also no reason for the District Court to declare or identify Greene. The proper solution is to work with him and his family to transition to another Federal venue that will be more accommodating to his desire to litigate in the venue of opportunity.

It isn't available nowhere in Tennessee for Cedric Greene, in which has us asking for a legal change of venue and transition out on unrestricted terms.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this <u>12th day of April, 2023.</u>

Signed by: _Cedric Greene Jr._
Cedric Greene

5

Case 3:23-cv-00278    Document 5    Filed 04/17/23    Page 5 of 6 PageID #: 20

Cedric Greene
501 E. 6th Street
Los Angeles, CA. 90021

CERTIFIED MAIL

7021 0950 0003 1726 3570

CPU

U.S. POSTAGE $4.78
FCML RDC 99
Orig: 90012
Dest: 37203  6W
04/12/23
2000213853  02
R2305M147006

RECEIVED
APR 17 2023
U.S. District Court
Middle District of TN

Middle District of Tenn
719 Church Street #1300
Nashville, TN. 37203