UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CEDRIC GREENE, | ) |
| Plaintiff, | ) |
| | ) No. 3:23-cv-00278 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| FRONTIER AIRLINES, INC., | ) |
| Defendant. | ) |

## ORDER

Plaintiff Cedric Greene filed a pro se Complaint against Frontier Airlines, Inc. (Doc. No. 1.) The Court granted pauper status and ordered Greene to show cause why the Court has subject-matter jurisdiction over this case. (Doc. No. 4.) In response, Plaintiff filed a motion that requests either a change of venue or an order that "give[s] Greene the permission to relocate the case[ ] himself without any legal consequences." (Doc. No. 5.) The Court liberally construes this filing as a motion to transfer or, in the alternative, for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Plaintiff, however, fails to suggest a transferee district; moreover, Plaintiff appears to suggest that he may be barred from litigating in several districts. (Doc. No. 5). Because the Court has not been presented with adequate information, it cannot determine the most appropriate venue for transfer, *see* 28 U.S.C. § 1391(b), or whether transfer would serve the interests of justice. *See* 28 U.S.C. § 1406(a). The motion to transfer (Doc. No. 5) is therefore **DENIED**. In the alternative, however, Plaintiff satisfies the requirements for voluntary dismissal under Rule 41(a)(1)(A)(1), which is self-executing. Pursuant thereto, the Complaint is **DISMISSED WITHOUT PREJUDICE**. A plaintiff whose case is dismissed without prejudice is generally "placed in a legal

position as if he had never brought the first suit and has the right to bring a later suit on the same cause of action without adjudication of the merits," *Dearth v. Mukasey*, 516 F.3d 413, 415 (6th Cir. 2008) (citations and quotation marks omitted), subject to all applicable rules and time limits. The Clerk shall close the case.

    IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE