RECEIVED
MAY 16 2023
U.S. District Court
Middle District of TN

No. 3: 23- cv- 00278

Cedric Greene
Vs.
Frontier Airlines, Inc.

UNITED STATES DISTRICT COURT- MIDDLE DISTRICT OF TENNESSEE
719 Church Street
Nashville, Tennessee 37203

NOTICE OF APPEAL

Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972- 9966
Email: Cedricgreene33@yahoo.com

1

## NOTICE OF APPEAL OF CEDRIC GREENE

Notice Is Hereby Given that Cedric Greene appeals to the United States Court of Appeals for the Sixth Circuit from the Order of April 23, 2023, *and the appeal notice should be accepted within the meaning of Federal Rules of Appellate Procedure 4(a)(1).*

If any questions or clarifications, Greene will address them with the above Court if transmittal of Greene's proposes appeal will occur.

Dated: May 11, 2023                    Signed by: *(signature) Cedric Greene*

Cedric Greene
501 E 61th Street
Los Angeles, Ca. 90021

RECEIVED
MAY 16 2023
U.S. District Court
Middle District of TN

U.S. POSTAGE
$0.63
FCML RDC 99
Orig: 90012
Dest: 37203
05/11/23
2000213853
R2305M147006
02 6W

CPU

Middle District of Tennessee
719 Church Street
Nashville, TN. 37203

37203-709499