## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 17, 2023

Mr. Cedric Greene
501 E. Sixth Street
Los Angeles, CA 90021

      Re:  Case No. 23-5459, *Cedric Greene v. Frontier Airlines, Inc.*
            Originating Case No. 3:23-cv-00278

Dear Mr. Greene,

  This appeal has been docketed as case number **23-5459** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

  As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

  The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

                                   Sincerely yours,

                                   s/Virginia Lee Padgett
                                   Case Manager
                                   Direct Dial No. 513-564-7032

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-5459

CEDRIC GREENE

    Plaintiff - Appellant

v.

FRONTIER AIRLINES, INC.

    Defendant - Appellee